IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  | CIVIL ACTION NOS. |
|---|---|---|
| LUSSIER | : | 02-1433 |
| HAVELL | : | 02-1505 |
| BALL | : | 02-1530 |
| RABER | : | 02-1553 |
| HURLBURT | : | 02-1624 |
| BAKER | : | 02-1639 |
| ROWLEY | : | 02-1648 |
| MARIANO | : | 02-1666 |
| MCCOY | : | 02-1686 |
| SALAS | : | 02-1955 |
| BURKES | : | 02-2041 |
| WOLFE | : | 02-2059 |
| GARDNER | : | 02-2203 |
| BROD | : | 02-2273 |
| COEUR | : | 02-2285 |
| KIRTON | : | 02-2344 |
| FERRELL | : | 02-2462 |
| WILLIAMSON | : | 02-2474 |
| FISCHER | : | 02-2485 |
| MILSAP | : | 02-2528 |
| DIPPRE | : | 02-2582 |
| JONES | : | 02-2945 |
| EVANGELISTA | : | 02-3053 |
| SWORDS | : | 02-3079 |
| TRICE | : | 02-3095 |
| MAXWELL | : | 02-3123 |
| MANSFIELD | : | 02-3129 |
| DREMMEL | : | 02-3138 |
| ANKENBRAND, III | : | 02-3244 |
| VS. | : | |
| BAYER CORPORATION, *et al.* | : | |

**O R D E R**

        **AND NOW,** this _____ day of May, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

|  |  |  |
|---|---|---|
| [   ] | - | Order staying these proceedings pending disposition of a related action. |
| [   ] | - | Order staying these proceedings pending determination of arbitration proceedings. |
| [   ] | - | Interlocutory appeal filed. |
| [ X ] | - | Other: <u>Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota</u>. |

It is

    **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

    **FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

                                  **BY THE COURT:**

                                    **Anita B. Brody, Judge**